AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Beezer, Robert R | 2. Court or Organization<br><br>U.S. Court of Appeals-9th Cir. | 3. Date of Report<br><br>3/31/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>802 U.S. Courthouse<br>1010 Fifth Avenue<br>Seattle, WA 98104-1115 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. .<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beezer, Robert R | 3/31/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Rainier Club, Seattle, WA | 2003 Honorary membership** | |
| 2. | The Harbor Club, Seattle, WA | 2003 Honorary membership** | |
| 3. | | **See Part VIII explanation for Part V | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount Code 1<br>(A -H) | (2)<br><br>Type (e.g. div. rent. or int.) | (1)<br><br>Value Code 2<br>(J-P) | (2)<br><br>Value Method Code 3<br>(Q-W) | (1)<br><br>buy, sell, merger, redemption | it not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Coca Cola, Common | C | Dividend | N | T | | | | | |
| 2. American Telephone, Common | A | Dividend | J | T | | | | | |
| 3. Bell South, Common | B | Dividend | L | T | | | | | |
| 4. Verizon Communications, Common | C | Dividend | L | T | | | | | |
| 5. SBC Communications, Inc., Common | D | Dividend | L | T | | | | | |
| 6. Fortune Brands, Common | B | Dividend | M | T | | | | | |
| 7. Exxon, Common | D | Dividend | M | T | | | | | |
| 8. Ford Motor, Common | A | Dividend | K | T | | | | | |
| 9. Evergreen Funds, (IRA) | B | Dividend | K | T | | | | | See Part VIII A |
| 10. U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 11. Merrill Lynch Mun. Bond Fund | C | Interest | L | T | | | | | See Part VIII A |
| 12. Proc. & Gamble, Common | D | Dividend | N | T | | | | | |
| 13. Union Bank of Calif., Seattle, | C | Interest | M | T | | | | | |
| 14. Bethlehem Steel, Common | | None | J | T | | | | | |
| 15. U.S. Treasury Bond 10-5/8 (2015) | D | Interest | M | T | | | | | |
| 16. Fleet Boston Financial, Common | D | Dividend | M | T | | | | | |
| 17. Scottish Power, Common | A | Dividend | K | T | | | | | |
| 18. Puget Sound Energy, Common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Edison International, Common | | None | K | T | | | | | |
| 20. Aegon, Common | A | Dividend | J | T | | | | | |
| 21. Ft. Dearborn, Common | A | Dividend | J | T | | | | | |
| 22. Tri Continental, Common | A | Dividend | K | T | | | | | See Part VIII A |
| 23. General Electric, Common | C | Dividend | M | T | | | | | |
| 24. Dow Chemical, Common | A | Dividend | K | T | | | | | |
| 25. Clorox, Common | A | Dividend | K | T | | | | | |
| 26. Int. Paper, Common | A | Dividend | K | T | | | | | |
| 27. IBM, Common | A | Dividend | L | T | | | | | |
| 28. T. Rowe Price, New Era | B | Dividend | M | T | | | | | See Part VIII A |
| 29. T. Rowe Price, New Horizons | | None | M | T | | | | | |
| 30. NL Industries, Common | A | Dividend | J | T | | | | | |
| 31. Bank of America | A | Interest | L | T | | | | | |
| 32. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 33. Great Northern Iron Ore Trust Certificate | B | Dividend | K | T | | | | | |
| 34. Treasury Direct (No. 1) | D | Interest | N | T | | | | | See Part VIII D |
| 35. Treasury Direct (No. 2) | D | Interest | O | T | | | | | See Part VIII D |
| 36. Pioneer Natural Resources, Common | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beeser, Robert R | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Starbucks, Common | | None | L | T | | | | | |
| 38. US Bank, Seattle | A | Interest | L | T | | | | | |
| 39. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 40. Washington Mutual Savings, Seattle | A | Interest | M | T | | | | | |
| 41. Wells Fargo Bank, Seattle | A | Interest | M | T | | | | | |
| 42. Vodafone, Common | A | Dividend | K | T | | | | | |
| 43. Cytec, Common | | None | J | T | | | | | |
| 44. Tesoro, Common | | None | K | T | | | | | |
| 45. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 46. Lucent Technology, Common | | None | J | T | | | | | |
| 47. NCR Corp., Common | | None | J | T | | | | | |
| 48. Gallaher, ADRS | C | Dividend | L | T | | | | | |
| 49. Qwest, Common | | None | J | T | | | | | |
| 50. Citigroup, Common | A | Dividend | J | T | | | | | |
| 51. Halliburton, Common | A | Dividend | J | T | | | | | |
| 52. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |
| 53. Avaya Communications, Common | | None | J | T | | | | | |
| 54. Visteon Corporation, Common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Minnesota GO 2010 5% | C | Interest | M | T | | | | | |
| 56. Home Street Bank, Seattle | B | Interest | M | T | | | | | |
| 57. Washington Federal S&L, Seattle | B | Interest | L | T | | | | | |
| 58. Verity Credit Union | A | Interest | K | T | | | | | |
| 59. AT&T Wireless, Common | | None | J | T | | | | | |
| 60. Agere Systems, Class A, Common | | None | J | T | | | | | |
| 61. Agere Systems, Class B, Common | | None | J | T | | | | | |
| 62. J.M. Smucker Co., Common | A | Dividend | J | T | | | | | |
| 63. Travelers Prop & Cas, Class A, Common | A | Dividend | J | T | | | | | |
| 64. Travelers Prop & Cas, Class B, Common | A | Dividend | J | T | | | | | |
| 65. Comcast, Class A, Common | | None | K | T | | | | | |
| 66. Treasury Direct No. 3 (X) | B | Interest | N | T- | Buy | 5-15 | N | | |
| 67. Kronos Worldwide (X) | | None | J | T | | | | | See Part VIII B |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
F3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Explanation for Part V:  Gifts

**These memberships are limited to signing privileges and permit use of club facilities.  They do not have a fixed monetary value but each is estimated to have a value in excess of $250.00

Explanation for Part VII:  Investments and Trusts

A.  Dividend reinvestments resulted in the the receipt of additional shares from the following firms during calendar year 2003 as follows:

Evergreen Funds (IRA)
Merrill Lynch Municipal Bond Fund
Tri Continental Corporation
T. Rowe Price, New Era Fund

B.  On November 17, 2003, NL Industries effected a spinoff under which Kronos Worldwide shares were distributed to the NL shareholders on a 1:2 basis.

C.  Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1.  During 2003, the trust received income in an amount of Income Code E.

As of December 31, 2003, Trust #1 held assets as follows:

| Item | Value Code |
|---|---|
| Shares of General Electric, Common | J |
| U.S. Treasury Bonds 10-5/8 due 2015 | M |
| Shares of SBC Communications, Inc., Common | J |
| Checking account, Union Bank of California, Seattle, WA | J |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

D.  All treasury bills were maintained in Treasury Direct accounts and are reported in 2003 as a single entry.  During 2003, additional principal was added to these accounts in the following amounts:

Account No. 1   Value Code J
Account No. 2   Value Code J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544